IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RALPH F. HARRIS, JR., | ) | CIVIL ACTION NO. C-1-01-552 |
| | ) | |
| Plaintiff, | ) | JUDGE BECKWITH |
| | ) | |
| v. | ) | MAGISTRATE JUDGE SHERMAN |
| | ) | |
| MID-CENTURY INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF pLAINTIFF'S COMPLAINT AND DEFENDANTS MID-CENTURY INSURANCE COMPANY'S AND TRUCK INSURANCE exchange's CROSS-CLAIMS**

We, the undersigned attorneys for Plaintiff Ralph F. Harris, Jr. ("Plaintiff"), and Defendants Mid-Century Insurance Co. ("Mid-Century"), Truck Insurance Exchange ("Truck"), EPS Settlements Group, Inc. ("EPS"), Minnesota Mutual Life Insurance Co. ("Minnesota Life"), Caryl Lenahan ("Lenahan") and Edward Childs ("Childs") (collectively, "Defendants"), do hereby stipulate, pursuant to Rule 41(a)(1)(ii) and (c) of the Federal Rules of Civil Procedure, that all claims of Plaintiff against Defendants and all cross-claims of Defendants Mid-Century and Truck against Defendants EPS, Minnesota Life, Lenahan and Childs are hereby dismissed with prejudice, each party to bear its own costs, including attorney's fees.  The Court may enter an Order accordingly, notice by the clerk being hereby waived.

{Dismissal entry.DOC;2}

Respectfully submitted,

S/Douglas J. Suter
Douglas J. Suter (0040288)
ISAAC, BRANT, LEDMAN & TEETOR, LLP
250 East Broad Street, 9th Floor
Columbus, Ohio 43215-3742
(614) 221-2121
Trial Attorney for Plaintiff Ralph F. Harris, Jr.

S/Thomas F. Glassman
Matthew J. Smith (0006788)
Thomas F. Glassman (0061466)
SMITH, ROLFES & SKAVDAHL CO., L.P.A.
1014 Vine Street
Cincinnati, Ohio 45202-1119
(513) 579-0080
Trial Attorney for Defendants Mid-Century Insurance Company and Truck Insurance Exchange

S/William J. Moran
William J. Moran, Jr. (0059707)
DETERS, BENZINGER & LaVELLE PSC
125 East Court Street, Suite 950
Cincinnati, Ohio 45202
(513) 241-4110
Trial Attorney for Defendants Minnesota Mutual Life Insurance Company, Caryl Lenahan and Edward Childs

S/Mark L. Belleville
Mark L. Belleville (0065801)
CALFEE, HALTER & GRISWOLD LLP
1100 Fifth Third Center
21 East State Street
Columbus, Ohio 43215-4243
(614) 621-1500
Trial Attorney for Defendant EPS Settlement Group, Inc.